| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NORTH CAROLINA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Cocochine of NC, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names  
DBA  Indochine Express

**3. Debtor's federal Employer Identification Number (EIN)**  
85-2163918

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 5120 South College Road, STE 108<br>Wilmington, NC 28412 | 7 Wayne Drive<br>Wilmington, NC 28403 |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| New Hanover | **Location of principal assets, if different from principal place of business** |
| County | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **Cocochine of NC, LLC**    Case number (*if known*) _____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
　　☐ A plan is being filed with this petition.
　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor  **Cocochine of NC, LLC**          Case number (*if known*)
         Name

List all cases. If more than 1,
attach a separate list          Debtor **See Attachment**          Relationship
                                District                    When    Case number, if known

**11. Why is the case filed in *this district?***  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
                        Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency
        Contact name
        Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Cocochine of NC, LLC**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 4, 2024**
MM / DD / YYYY

X **/s/ Solange Thompson**          **Solange Thompson**
Signature of authorized representative of debtor          Printed name

Title **Manager**

**18. Signature of attorney**

X **/s/ George Mason Oliver**          Date **October 4, 2024**
Signature of attorney for debtor          MM / DD / YYYY

**George Mason Oliver 26587**
Printed name

**The Law Offices of**
Firm name

**Oliver & Cheek, PLLC**
**PO Box 1548**
**New Bern, NC 28563**
Number, Street, City, State & ZIP Code

Contact phone **252-633-1930**    Email address

**26587 NC**
Bar number and State

Debtor  **Cocochine of NC, LLC**  Case number (*if known*) _____
        Name

| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (*if known*) _____  Chapter  __11__ |

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Cafe Chinois LLC** | | Relationship to you | | **Related Entity** |
| District | _____ | When _____ | Case number, if known | | _____ |
| Debtor | **Indochine Express Leland LLC** | | Relationship to you | | **Related Entitiy** |
| District | _____ | When _____ | Case number, if known | | _____ |
| Debtor | **Indochine Express Oleander, LLC** | | Relationship to you | | **Related Entity** |
| District | _____ | When _____ | Case number, if known | | _____ |
| Debtor | **Indochine Express Southport LLC.** | | Relationship to you | | **Related Entity** |
| District | _____ | When _____ | Case number, if known | | _____ |
| Debtor | **Indochine Restaurant LLC** | | Relationship to you | | **Related Entity** |
| District | _____ | When _____ | Case number, if known | | _____ |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Cocochine of NC, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known): | |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| North State Bank Attn: Managing Agent 6200 Falls of Neuse Road, Suite 200 Raleigh, NC 27609 | | | | $2,361,083.75 | $0.00 | $2,361,083.75 |
| Rapid Capital Attn: Manager or Agent 11900 Biscayne Blvd Ste 201 Miami, FL 33137 | | | Disputed | $50,000.00 | $0.00 | $50,000.00 |
| Amsterdam Capital Attn: Managing Agent 150 Worth Ave., Ste. 224 Palm Beach, FL 33480 | | | Disputed | $47,515.00 | $0.00 | $47,515.00 |
| Amsterdam Capital Attn: Managing Agent 150 Worth Ave., Ste. 224 Palm Beach, FL 33480 | | | Disputed | $36,560.00 | $0.00 | $36,560.00 |
| Fora Financial Buisness Loan Attn: Managing Agent 1385 Broadway New York, NY 10018 | | | Disputed | $33,220.00 | $0.00 | $33,220.00 |
| Alternative Capital Group LLC Attn: Managing Agent 85 Delancey St. New York, NY 10002 | | | Disputed | $28,950.10 | $0.00 | $28,950.10 |

Debtor    **Cocochine of NC, LLC**                                    Case number *(if known)*
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Doordash Capital<br>Attn: Managing Agent<br>901 Market Street<br>6th Floor<br>San Francisco, CA 94103 | | | Disputed | $27,234.24 | $0.00 | $27,234.24 |
| Thread Capital, INC<br>Attn: Managing Agent<br>4021 Carya Dr.<br>Raleigh, NC 27610 | | | Disputed | $26,691.20 | $0.00 | $26,691.20 |
| SBFS LLC (Spartan Capital)<br>Attn: Managing Agent<br>1301 Hwy 36, Bldg. 2<br>Hazlet, NJ 07730 | | | Disputed | $14,628.00 | $0.00 | $14,628.00 |
| Asian Life Balances<br>Attn: Managing Agent<br>4302 Market St.<br>Wilmington, NC 28403 | | | | | | $7,036.87 |
| CHTD Company<br>Attn: Managing Agent<br>P.O. Box 2576<br>Springfield, IL 62708 | | | Disputed | Unknown | $0.00 | Unknown |
| Corporation Service Company<br>Attn: Managing Agent<br>801 Adlai Stevenson Dr.<br>Springfield, IL 62703 | | | Disputed | Unknown | $0.00 | Unknown |
| First Corporate Solutions<br>Attn: Managing Agent<br>914 S Street<br>Sacramento, CA 95811 | | | Disputed | Unknown | $0.00 | Unknown |
| LEAF Capital Funding, LLC<br>Attn: Managing Agent<br>8100 Sandpiper Cir, Suite 300<br>Baltimore, MD 21236 | | | Disputed | Unknown | $0.00 | Unknown |

Debtor **Cocochine of NC, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Solange Thompson**<br>**4911 Oleander Drive**<br>**Wilmington, NC 28403** | | | | | | $0.00 |
| **Vend Lease Company INC**<br>**Attn: Managing Agent**<br>**8100 Sandpiper Cir, Suitee 300**<br>**Nottingham, MD 21236** | | | **Disputed** | **Unknown** | $0.00 | **Unknown** |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   **Cocochine of NC, LLC**
Debtor(s)

Case No.
Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | |
    |---|---|
    | For legal services, I have agreed to accept | $ **0.00** |
    | Prior to the filing of this statement I have received | $ **0.00** |
    | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October 4, 2024**
*Date*

**/s/ George Mason Oliver**
**George Mason Oliver 26587**
*Signature of Attorney*
**The Law Offices of**
**Oliver & Cheek, PLLC**
**PO Box 1548**
**New Bern, NC 28563**
**252-633-1930   Fax: 252-633-1950**
*Name of law firm*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILMINGTON DIVISION**

In the Matter of:                                                                Chapter 11
**COCOCHINE OF NC, LLC**                                               Case No.:
      Debtor

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above mentioned Debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the Debtor in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept                    $<u>Amount unknown</u>
                                                                    (To be determined by the Court)

     Prior to filing this statement, I have received                $4,681.25

     In addition, I am holding in trust for                          $4,318.75

     Attorney's fees

     Balance Due
          Remaining balance                                          $<u>Amount unknown</u>
                                                                    (To be determined by the Court)

2.   The source of compensation paid to me is:

     [ ] Debtor                              [X] Other (specify) Solange Thompson

3.   The source of compensation to be paid to me is:

     [X] Debtor                              [ ] Other (specify)

4.   [X]   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     [ ]   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a) Analysis of the Debtor's financial situation and rendering advice and assistance to the Debtor in determining whether to file a petition under Title 11, United States Code;

   b) Preparation and filing of any petition, schedule, statement of financial affairs, and other documents required by the court;

   c) Representation of the Debtor at the meeting of creditors, confirmation hearing, and any related hearings;

   d) Representation of the Debtor in adversary proceedings and other contested bankruptcy matters;

   e) Additional fees to be approved by the Bankruptcy Court

6. By agreement with the Debtor, the above disclosed fee does not include the following services:

   Not applicable

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or agreement for payment to me for representation of the Debtor in this bankruptcy proceeding.

This the 4th day of October, 2024.

s/George Mason Oliver
GEORGE MASON OLIVER
N.C. State Bar No. 26587
THE LAW OFFICES OF
OLIVER & CHEEK, PLLC
PO Box 1548
New Bern, NC 28563
252-633-1930
252-633-1950 (fax)
Email: george@olivercheek.com
*Attorneys for Debtor*

# United States Bankruptcy Court
## Eastern District of North Carolina

In re: **Cocochine of NC, LLC**, Debtor(s)

Case No.: 
Chapter: **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| The Solagne E. Thompson Trust<br>4911 Oleander Drive<br>Wilmington, NC 28403 | | 100% | Membership Interests |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: **October 4, 2024**

Signature: **/s/ Solange Thompson**
**Solange Thompson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re   **Cocochine of NC, LLC**                                                    Case No.
                                  Debtor(s)                                          Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **October 4, 2024**                             **/s/ Solange Thompson**
                                                        **Solange Thompson**/**Manager**
                                                        Signer/Title

| | | |
|---|---|---|
| COCOCHINE OF NC, LLC<br>7 WAYNE DRIVE<br>WILMINGTON, NC 28403 | GEORGE MASON OLIVER<br>THE LAW OFFICES OF<br>OLIVER & CHEEK, PLLC<br>PO BOX 1548<br>NEW BERN, NC 28563 | SECRETARY OF TREASURY<br>ATTN: MANAGING AGENT<br>1500 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20220 |
| UNITED STATES ATTORNEY<br>150 FAYETTEVILLE STREET<br>SUITE 2100<br>RALEIGH, NC 27601 | US SECURITIES & EXCHANGE<br>ATTN: MANAGER OR AGENT<br>950 E. PACES FERRY RD., NE STE 900<br>ATLANTA, GA 30326-1382 | NC DEPT OF COMMERCE<br>ATTN: SHARON A. JOHNSTON<br>PO BOX 25903<br>RALEIGH, NC 27611 |
| NC DEPT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 1168<br>RALEIGH, NC 27602-1168 | INTERNAL REVENUE SERVICE<br>ATTN:  MANAGER OR AGENT<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | ABIGAIL CHESSER<br>285 PEACHTREE CENTER AVE N<br>SUITE 2300<br>ATLANTA, GA 30303 |
| ALTERNATIVE CAPITAL GROUP LLC<br>ATTN: MANAGING AGENT<br>85 DELANCEY ST.<br>NEW YORK, NY 10002 | AMSTERDAM CAPITAL<br>ATTN: MANAGING AGENT<br>150 WORTH AVE., STE. 224<br>PALM BEACH, FL 33480 | ASIAN LIFE BALANCES<br>ATTN: MANAGING AGENT<br>4302 MARKET ST.<br>WILMINGTON, NC 28403 |
| CHTD COMPANY<br>ATTN: MANAGING AGENT<br>P.O. BOX 2576<br>SPRINGFIELD, IL 62708 | CORPORATION SERVICE COMPANY<br>ATTN: MANAGING AGENT<br>801 ADLAI STEVENSON DR.<br>SPRINGFIELD, IL 62703 | CORPORATION SERVICE COMPA<br>ATTN: MANAGING AGENT<br>PO BOX 2576<br>SPRINGFIELD, IL 62708 |
| DOORDASH CAPITAL<br>ATTN: MANAGING AGENT<br>901 MARKET STREET 6TH FLOOR<br>SAN FRANCISCO, CA 94103 | FIRST CORPORATE SOLUTIONS<br>ATTN: MANAGING AGENT<br>914 S STREET<br>SACRAMENTO, CA 95811 | FORA FINANCIAL BUISNESS LOA<br>ATTN: MANAGING AGENT<br>1385 BROADWAY<br>NEW YORK, NY 10018 |
| LEAF CAPITAL FUNDING, LLC<br>ATTN: MANAGING AGENT<br>8100 SANDPIPER CIR, SUITE 300<br>BALTIMORE, MD 21236 | LIEN SOLUTIONS<br>ATTN: MANAGING AGENT<br>P.O. BOX 29071<br>GLENDALE, CA 91209-9071 | LIEN SOLUTIONS<br>ATTN: JOHN JAMES<br>2929 ALLEN PKWY STE 3300<br>HOUSTON, TX 77019 |
| NORTH STATE BANK<br>ATTN: MANAGING AGENT<br>6200 FALLS OF NEUSE ROAD, SUITE 200<br>RALEIGH, NC 27609 | PARAFIN<br>ATTN: MANAGING AGENT<br>301 HOWARD STREET, SUITE 1500<br>SAN FRANCISCO, CA 94105 | RAPID CAPITAL<br>ATTN: MANAGER OR AGENT<br>11900 BISCAYNE BLVD STE 201<br>MIAMI, FL 33137 |
| SBFS LLC (SPARTAN CAPITAL)<br>ATTN: MANAGING AGENT<br>1301 HWY 36, BLDG. 2<br>HAZLET, NJ 07730 | SOLANGE THOMPSON<br>4911 OLEANDER DRIVE<br>WILMINGTON, NC 28403 | THE SOLAGNE E. THOMPSON T<br>4911 OLEANDER DRIVE<br>WILMINGTON, NC 28403 |

```
THREAD CAPITAL, INC              VEND LEASE COMPANY INC           ZP NO.116
ATTN: MANAGING AGENT             ATTN: MANAGING AGENT             C/O ZIMMER MANAGEMENT COM
4021 CARYA DR.                   8100 SANDPIPER CIR, SUITEE 300   111 PRINCESS STREET
RALEIGH, NC 27610                NOTTINGHAM, MD 21236             WILMINGTON, NC 28401
```

# United States Bankruptcy Court
## Eastern District of North Carolina

In re  **Cocochine of NC, LLC**
Debtor(s)

Case No.
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Cocochine of NC, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**The Solagne E. Thompson Trust**
**4911 Oleander Drive**
**Wilmington, NC 28403**

☐ None [*Check if applicable*]

**October 4, 2024**
Date

**/s/ George Mason Oliver**
**George Mason Oliver 26587**
Signature of Attorney or Litigant
Counsel for **Cocochine of NC, LLC**
**The Law Offices of**
**Oliver & Cheek, PLLC**
**PO Box 1548**
**New Bern, NC 28563**
**252-633-1930 Fax:252-633-1950**